## No. 541
## LOGAN CO. COAL CORP. v. MATTHEW ADDY CO.
Cincinnati Superior Court
No. 58976. Decided May 17, 1924

923. PLEADING—Pleaded conclusions of. mixed law and fact submitted for purpose of demurred only—Demurrer overruled without prejudice.

MARX, J.

Epitomized Opinion

In memorandum of opinion it was held that conclusions of mixed law and fact pleaded must be considered as admitted for the purpose of demurrer only. As tne fundamental purpose of litigation is to arrive at a determination of the merits of the controversy the demurrer will be overruled without prejudice to a consideration of the questions of law upon the actual facts and leave granted to defendant to answer.

Attorneys—Paxton, Warrington & Seasongood, and Robert P. Goldman, opposing demurrer; Nelson P. Cramer and Julius R. Samuels, for the demurrer; all of Cincinnati.

---

## No. 542
## VANGEROVSKY v. ZETER
Cincinnnati Superior Court
No. 68961. Decided May 17, 1924

297. CONTRACTS—Purchaser of real estate not compelled to accept deed and warranty from an undisclosed principal.

MARX, J.

Epitomized Opinion

In memorandum of opinion held that a party having contracted to purchase real estate from a definitely named party cannot be forced to accept the deed of conveyance and warranties of an unnamed and undisclosed principal, with whom the buyer did not contract. Motion for new trial overruled.

Attorneys—H. P. Karch, for Vangerovsky; Charles H. Hoffmeister, for Zeter; both of Cincinnati.

---

## COMMON PLEAS
## No. 543
## ROSE BROS. CO. v. STAR EMP. BUREAU
Common Pleas, Hamilton County
No. 184601

677. JUDGMENT AND DECREES—GC. 11407 applies to Municipal Courts.

DIXON, J.; MATTHEWS, J., concurring.

Epitomized Opinion

Star Employment Bureau sued Rose Bros. Co. in Municipal Court for $112 for services rendered. The court found for the plaintiff. Thereupon counsel for Rose Bros. immediately requested the court to make a separate findoing of facts and conclusions of law which reque'st the 'court refused \for the 'reason that it was made too late. On error proceedings ,the judgment was reversed and the cause remanded. The court holding:

1. 11470 GC. applies to Municipal Courts as well as Common Pleas.
2. The request was not made too late to justify a refusal.

Attorneys—Moses Ruskin, for Bureau; John McCarthy, for Rose Bros. Co.; both of Cincinnati.

---

## No. 544
## STATE v. LUTSCH et al
Common Pleas, Hamilton County

661. INTOXICATING LIQUORS—13195-1 GC. does not require State to show constant and uninterrupted violation right up to the time of filing the petition, to entitle it to an injunction.

DIXON, J.

Epitomized Opinion

Action by Prohibition Commissioners to enforce "Padlock Law" by injunction. Petition alleges violations of the prohibition law between certain dates. The demurrer was overruled.

In an action to abate a nuisance under 13195-1 GC. proof that the defendant has been repeatedly convinced of violating the prohibition laws warrants the presumption that violations will continue unless injunctive relief is granted, and it is not necessary to show constant and uninterrupted violations right up to the time of filing suit.

Attorneys—C. C. Crabbe, Atty. Gen., and G. F. Osler, Cincinnati, for State; Jos. B. Kelley, Cincinnati, for Lutsch.